■ ESTHER FRIEDMAN, Appellant, v. MAX FRIEDMAN, Respondent. — In an action by a wife for separation, the appeal is from an order denying her motion to direct the respondent to deliver possession of an apartment occupied

jointly by the parties prior to the commencement of this action. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.